```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05723
    ELVIS R GRANDBERRY
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-1800

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/30/2007 and was not confirmed.

      The case was dismissed without confirmation 09/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

CHICAGO MUNICIPAL EMPLOY  SECURED VEHIC      180.00            .00          180.00
CHICAGO MUNICIPAL EMPLOY  UNSECURED         5114.76            .00             .00
CINGULAR                  UNSECURED        NOT FILED           .00             .00
CAVALRY PORTFOLIO SERVIC  UNSECURED          750.76            .00             .00
CPFCU % WALINSKI & TRUNK  UNSECURED         1750.00            .00             .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED          937.00            .00             .00
SULLIVAN UR               UNSECURED        NOT FILED           .00             .00
RADIOLOGY IMAGING CONSUL  UNSECURED        NOT FILED           .00             .00
CITY OF CALUMET CITY      UNSECURED          250.00            .00             .00
SUPERIOR MANAGEMENT       UNSECURED        NOT FILED           .00             .00
ISAC                      UNSECURED         9762.18            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,484.00                         814.79
TOM VAUGHN                TRUSTEE                                             68.57
DEBTOR REFUND             REFUND                                             161.52

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     1,224.88

PRIORITY                                              .00
SECURED                                            180.00
UNSECURED                                             .00
ADMINISTRATIVE                                     814.79
TRUSTEE COMPENSATION                                68.57
DEBTOR REFUND                                      161.52
                          --------------     --------------
TOTALS                      1,224.88             1,224.88



                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05723 ELVIS R GRANDBERRY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/14/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                              PAGE   2
     CASE NO. 07 B 05723 ELVIS R GRANDBERRY
```